UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ24-068 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| RODERICK HISOLA WHITT, | |
| Defendant. | |

<u>Offense charged</u>:   Threat Toward the President of the United States

<u>Date of Detention Hearing</u>:   February 7, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is charged by Complaint with knowingly and willfully making a

DETENTION ORDER
PAGE -1

threat to take the life of and to inflict bodily harm upon the President of the United States. In the Summary of Probable Cause section of the Complaint, additional alleged threats are described, including allegations that defendant traveled to the Washington D.C. and New York City areas. The government argues that the nature of the alleged threats indicates an escalation in both the seriousness of the threats, delusions, and defendant's stated desire to die in the course of carrying out the threats. Defendant is apparently estranged from his family, is unemployed, and his residential situation is somewhat unstable. He reports a history of mental illness.

2. Defendant poses a risk of nonappearance based on mental health issues, a history of drug use, lack of verification of background information by a collateral source, and allegations regarding travel in aid of the alleged threats. Defendant poses a risk of danger based on the nature of the instant offense, serious mental health issues, and criminal history. The Court notes that a release plan that includes a more robust mental health component might reasonable address some of these factors.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

DETENTION ORDER
PAGE -2

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of February, 2024.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge